

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00231-CV

---

J. Bradley Oakes, Individually and as Independent
Executor of The Estate of Robert Sewell Oakes, Jr., Deceased, Appellants

v.

Private Professional Fiduciaries, Inc., Guardian of the Person and Estate of
Robert Sewell Oakes, Jr., and Laura Holguin and Jose Holguin,
each individually and in their respective fiduciary capacities, Appellees

---

On Appeal from the Probate Court No 2
El Paso County, Texas
Trial Court No. 2025-CPR00635

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.